**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ROBERT W. RHODES, III and MARY H. RHODES,  )<br>)<br>         Plaintiffs,  )<br>)<br>    v.  )<br>)<br>UNITED STATES,  )<br>)<br>         Defendant.  )<br>) | Civil Action No. 06-1483 (EGS) |

**ORDER**

    This matter is before the Court on defendant's motion to dismiss the complaint. Plaintiffs are proceeding *pro se*.

    In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

    **ORDERED** that plaintiffs shall respond to defendant's motion to dismiss by no later than **FEBRUARY 19, 2007**. If plaintiffs do not respond within the time provided, the Court will treat the motion as

conceded and dismiss the complaint.


**Signed:**     **Emmet G. Sullivan**
         **United States District Judge**
         **January 18, 2007**