**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ROBERT W. RHODES, III and MARY H. RHODES, </br></br> Plaintiffs, </br></br> v. </br></br> UNITED STATES, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 06-1483 (EGS) </br> ) </br> ) </br> ) </br> ) |

**ORDER**

Presently pending is defendant's unopposed motion to dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure. By Order of this Court dated January 18, 2007, plaintiffs were directed to respond to the defendant's motion by no later than February 19, 2007. Consistent with *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), plaintiffs were advised that, in the event plaintiffs fail to respond to the motion, the Court may treat the motion as conceded and enter judgment in favor of the defendant. To date, plaintiffs have filed no response to the Court's order or to the defendant's motion to dismiss. Accordingly, it is

**ORDERED** that defendant's Motion to Dismiss is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE**; and it is

**FURTHER ORDERED** that the Clerk shall enter final judgment in favor of defendant and against plaintiffs. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**


**Signed:    Emmet G. Sullivan**
**United States District Judge**
**April 2, 2007**