UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT W. RHODES, III and MARY H. RHODES
      Plaintiff,

      v.                           Civil Action No. 06-1483

UNITED STATES
      Defendant

## JUDGMENT
## FOR DEFENDANT

This Cause having been considered by the Court on defendant's motion to dismiss,

before the Honorable Emmet G. Sullivan, Judge presiding, and the issues

having been duly briefed by all parties and the court having rendered its decision

granting defendant's motion; now therefore, pursuant to the decision of the Court,

IT IS ORDERED, ADJUDGED AND DECREED that final judgment is entered in favor

of the defendants and against plaintiff.

NANCY MAYER-WHITTINGTON, Clerk

Dated: April 2, 2007

By: _____
      Carol Votteler, Deputy Clerk